JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA ROMICK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, and DOES 1-10,<br><br>　　　　Defendant. | Case No.: CV 14-8503-GW(JPRx)<br><br>**ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR DAMAGES AND DISMISSING ACTION** |

IT IS HEREBY ORDERED that, following the hearing on the Motion to Dismiss the Complaint for Damages filed by Specially Appearing Defendant County of Los Angeles in the above-entitled matter, and consideration of the papers filed in connection therewith, the motion is granted in its entirety, and the above-entitled action is hereby dismissed, with prejudice.

　　IT IS SO ORDERED.

DATED: January 9, 2015

_____
Honorable George H. Wu
United States District Judge

- 1 -

[Proposed ORDER GRANTING MOTION TO DISMISS
COMPLAINT FOR DAMAGES AND DISMISSING ACTION